Decided December 8, 2011

## CLAUDE L. PERRY *v.* COMMISSIONER OF CORRECTION

The petitioner Claude L. Perry's petition for certification for appeal from the Appellate Court, 131 Conn. App. 792 (AC 31764), is denied.

*Daniel C. Ford*, assigned counsel, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided December 8, 2011

## DOMINIC CACIOPOLI *v.* JEFFREY LEBOWITZ

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 306 (AC 32103), is granted, limited to the following issue:

"Does General Statutes § 52-560 preempt the common-law rule of damages for cutting down trees located on another person's property?"

The Supreme Court docket number is SC 18894.

*Frank B. Cochran*, in support of the petition.

*David S. Doyle*, in opposition.